Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>  Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br>  Defendants. | Case No.: 2:21-CV-00996-APG-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)** <br><br> **FIRST REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Fidelity National Title Insurance Company ("Fidelity") (collectively "Defendants") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On May 24, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 24, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. Fidelity's response to Wells Fargo's complaint is currently due on June 29, 2021, while FNTG's response is currently due on July 2, 2021;

4. Counsel for Defendants request a 35-day extension for FNTG (38 days for Fidelity) through and including Friday, August 6, 2021 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

5. Counsel for Wells Fargo does not oppose the requested extension;

6. This is the first request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including Friday, August 6, 2021.

Dated: June 23, 2021                    SINCLAIR BRAUN LLP


By:  */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE GROUP,
     INC. and FIDELITY NATIONAL TITLE
     INSURANCE COMPANY

Dated: June 23, 2021                    WRIGHT FINLAY & ZAK, LLP


By:  */s/-Darren T. Brenner*
     DARREN T. BRENNER
     Attorneys for Plaintiff
     WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this  24th  day of      June      , 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

