Scott E. Gizer, Esq., Nevada Bar No. 12216
  sgizer@earlysullivan.com
Sophia S. Lau, Esq., Nevada Bar No. 13365
  slau@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  ksinclair@sinclairbraun.com
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY
NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00996-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**THIRD REQUEST** |

COMES NOW defendants Fidelity National Title Group, Inc. ("FNTG") and Fidelity National Title Insurance Company ("Fidelity") (collectively "Defendants") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:


1. On May 24, 2021 Wells Fargo filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On May 24, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On June 24, 2021, the Court granted the Parties' first stipulation to extend the deadlines for Defendants to respond to the complaint (ECF No. 12);

4. On July 30, 2021, the Court granted the Parties' second stipulation to extend the deadlines for Defendants to respond to the complaint through September 7, 2021 (ECF No. 21);

5. Counsel for Defendants request a 30-day extension, through and including Thursday, October 7, 2021 for Defendants to file their respective responses to Wells Fargo's complaint to afford Defendants' counsel additional time to review and respond to Wells Fargo's complaint.

6. Counsel for Wells Fargo does not oppose the requested extension;

7. This is the third request for an extension made by counsel for Defendants, which is made in good faith and not for the purposes of delay.

8. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' deadline to respond to the complaint is hereby extended through and including Thursday, October 7, 2021.

Dated:  September 2, 2021

SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  September 2, 2021

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Dragon_
LINDSAY D. DRAGON
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this  3rd  day of  September , 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

