WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WHQ2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAND TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00996-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTIONS TO DISMISS [ECF Nos. 27-29]**<br><br>**[First Request]** |

COMES NOW Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2 ("Wells Fargo Bank") and Defendants Fidelity National Title Group, Inc. ("FNTG"), Fidelity National Title Insurance Company ("FNTIC") and Land Title of Nevada, Inc. ("Land Title", collectively the "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 24, 2021, Wells Fargo Bank filed its Complaint in Eighth Judicial District Court, Case No. A-21-835173-C [ECF No. 1-1];

2. On May 24, 2021, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On October 20, 2021, Defendants filed their respective Motions to Dismiss [ECF Nos. 27-29];

4. Wells Fargo Bank's deadline to respond to Defendants' Motions to Dismiss is currently November 3, 2021;

5. Wells Fargo Bank's counsel is requesting a brief extension until Friday, November 12, 2021, to file its responses to the pending Motions to Dismiss;

6. This extension is requested to allow counsel for Wells Fargo Bank additional time to review and respond to the points and authorities cited to in the pending Motions;

7. Counsel for Defendants does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of November, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2*

DATED this 3rd day of November, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc. Fidelity National Title Insurance Company and Land Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this <u>4th</u> day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE