WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WHQ2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAND TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00996-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 27]**<br><br>**[Second Request]** |

COMES NOW Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 24, 2021, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-21-835173-C [ECF No. 1-1];

2. On May 24, 2021, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On October 20, 2021, Defendants filed their respective Motions to Dismiss [ECF Nos. 27-29];

4. Wells Fargo's deadline to respond to Defendants' Motions to Dismiss is currently November 12, 2021 [ECF No. 31];

5. While Wells Fargo has been able to prepare responses to Defendants Land Title of Nevada, Inc's Motion to Dismiss [ECF No. 28] and Fidelity Title Insurance Group, Inc.'s Motion to Dismiss [ECF No. 29], Wells Fargo's counsel needs additional time to finalize its response to FNTIC's Motion to Dismiss [ECF No. 27].

6. As such, Wells Fargo's counsel is requesting a brief, one-week extension until Friday, November 19, 2021, to file its response to FNTIC's Motion;

7. Counsel for FNTIC does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 12th day of November, 2021.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2*

DATED this 12th day of November, 2021.

SINCLAIR BRAUN LLP

*/s/ Kevin S. Sinclair*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc. Fidelity National Title Insurance Company and Land Title of Nevada, Inc.*

**IT IS SO ORDERED.**

Dated this __15th__ day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE