WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A. AS TRUSTEE FOR PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WHQ2,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; LAND TITLE OF NEVADA, INC.; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00996-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION TO DISMISS [ECF No. 27]**<br><br>**[Third Request]** |

COMES NOW Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("FNTIC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 24, 2021, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-21-835173-C [ECF No. 1-1];

2. On May 24, 2021, FNTIC filed a Petition for Removal to this Court [ECF No. 1];

3. On October 20, 2021, FNTIC filed its Motion to Dismiss [ECF No. 27];

4. Wells Fargo's deadline to respond to FNTIC's Motion to Dismiss is currently November 19, 2021 [ECF No. 35];

5. While Wells Fargo's counsel has prepared its response to FNTIC's Motion, due to the upcoming Thanksgiving holiday, Wells Fargo needs additional time to approve and finalize its response to FNTIC's Motion to Dismiss [ECF No. 27].

6. As such, Wells Fargo's counsel is requesting an extension until December 3, 2021, to file its response to FNTIC's Motion;

7. Counsel for FNTIC does not oppose the requested extension;

8. While this is the third request for an extension, Wells Fargo's original deadline was November 3, 2021, less than three weeks ago. This request is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 19th day of November, 2021.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Dragon
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Though Certificates, Series 2005-WHQ2*

DATED this 19th day of November, 2021.

SINCLAIR BRAUN LLP

/s/ Kevin S. Sinclair
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
16501 Ventura Boulevard, Suite 400
Encino, California 91436
*Attorney for Defendants, Fidelity National Title Group, Inc. Fidelity National Title Insurance Company and Land Title of Nevada, Inc.*

IT IS SO ORDERED:

Dated: __November 22, 2021__

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE