Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC. et al., <br><br> Defendants. | Case No.: 2:21-CV-00996-APG-DJA <br><br> **STIPULATION AND ORDER TO TO EXTEND TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 44)** <br><br> **FIRST REQUEST** |

COMES NOW defendant Fidelity National Title Insurance Company ("Fidelity") and plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On May 24, 2021, Wells Fargo filed its complaint in the Eighth Judicial District



Court for the State of Nevada (ECF No. 1-1);

2. On May 24, 2021, Fidelity removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On October 20, 2021, Fidelity moved to dismiss Wells Fargo's complaint (ECF No. 27);

4. On December 3, 2021, Wells Fargo opposed Fidelity's motion to dismiss (ECF No. 44);

5. Counsel for Fidelity requests a 31-day extension to reply in support of its motion to dismiss, such that Fidelity's reply shall be due on January 10, 2022, to afford Fidelity's counsel additional time to review and respond to Wells Fargo's opposition.

6. Counsel for Wells Fargo does not oppose the requested extension;

7. This is the first request for an extension made by counsel for Fidelity, which is made in good faith and not for the purposes of delay.

**IT IS SO STIPULATED** that Fidelity's reply in support of its motion to dismiss is hereby extended through and including Monday, January 10, 2022.

Dated:  December 6, 2021          SINCLAIR BRAUN LLP

                                  By:  __/s/-Kevin S. Sinclair_____
                                       KEVIN S. SINCLAIR
                                       Attorneys for Defendant
                                       FIDELITY NATIONAL TITLE INSURANCE COMPANY

Dated:  December 6, 2021          WRIGHT FINLAY & ZAK, LLP

                                  By:  __/s/-Lindsay D. Dragon_____
                                       LINDSAY D. DRAGON
                                       Attorneys for Plaintiff
                                       WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated this __7th__ day of __December__, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE

